AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUSTIN ASHLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 5:22-cv-74

JANE DOES 1–2, CONTREICA DAWSON, TERESKA HOLLIS, and MACK PAYNE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 22, 2024, the Court grants Defendants' Motion to Dismiss and dismisses Plaintiff's claims against Defendants. The Court also denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

March 25, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020